IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHARLENE ANDREA TISDALE, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 1:17-cv-00810-SS |
| KAUFMAN AND BROAD MORTGAGE COMPANY, MORTAGE ELECTRONIC REGISTRATION SYSTEMS, INC., JP MORGAN CHASE BANK, WELLS FARGO BANK, N.A., and HUSSAM AL LEHEIBAT, | § § § § § § § | |
| *Defendants.* | § § | |

## KB HOME MORTGAGE COMPANY'S
## CORPORATE DISCLOSURE STATEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Under Rule 7.1 of the Federal Rules of Civil Procedure, Defendant KB HOME Mortgage Company, formerly known as Kaufman and Broad Mortgage Company, files this Disclosure Statement.

1. KB HOME Mortgage Company is a wholly-owned subsidiary of KB HOME, a publicly traded corporation. No publicly held corporation owns 10% or more of KB HOME's stock.

2. KB HOME Mortgage Company reserves its right to supplement this Statement.

Respectfully submitted,

BUSH RUDNICKI SHELTON, P.C.

By: /s/ *Carl J. Wilkerson*
Carl J. Wilkerson
State Bar No. 21478400
cwilkerson@brstexas.com
200 N. Mesquite St., Suite 200
Arlington, Texas 76011
Telephone: (817) 274-5992
Facsimile:  (817) 261-1671

**ATTORNEY FOR DEFENDANT
KB HOME MORTGAGE COMPANY**

## CERTIFICATE OF SERVICE

I certify that on September 28, 2017, a copy of KB HOME MORTGAGE COMPANY'S CORPORATE DISCLOSURE STATEMENT was served on Plaintiff and on attorneys in charge for Defendants who have appeared herein:

| | |
|---|---|
| VIA CERTIFIED MAIL/RRR & EMAIL | VIA CM/ECF SYSTEM & EMAIL |
| Devin Black | B. David Foster |
| dblack@blacklawtx.com | dfoster@lockelord.com |
| Black Law Firm, PLLC | Joel Thomason |
| 710 Settlement St. | jthomason@lockelord.com |
| Cedar Park, Texas 78613 | Robert T. Mowrey |
| *Attorney for Defendant* | rmowrey@lockelord.com |
| *Hussan Al Leheibat* | Locke Lord LLP |
| | 600 Congress Ave., Suite 2200 |
| VIA CERTIFIED MAIL/RRR | Austin, Texas 78701 |
| & US FIRST CLASS MAIL | *Attorneys for Defendants* |
| Charlene Andrea Tisdale | *Mortgage Electronic Registration Systems,* |
| 308 Greener Dr. | *Inc. and Wells Fargo Bank, N. A.* |
| Leander, Texas 78641 | |
| *Pro se Plaintiff* | |

/s/ *Carl J. Wilkerson*
Carl J. Wilkerson