FILED

2017 OCT -4 AM 9: 08

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

**CHARLENE ANDREA TISDALE,**
                    **Plaintiff,**

-vs-                                                            **Case No.  A-17-CA-810-SS**

**KAUFMAN AND BROAD MORTGAGE
COMPANY; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.; JPMORGAN
CHASE BANK; WELLS FARGO BANK, N.A.;
and HUSSAM AL LEHEIBAT,**
                    **Defendants.**

---

## O R D E R   O F   D I S M I S S A L

BE IT REMEMBERED on this day the Court entered its order granting Defendants Wells

Fargo Bank, N.A. and Mortgage Electronic Registration Services's motion to dismiss, and

thereafter enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that Plaintiff Charlene Andrea

Tisdale's claims in the above-styled cause are DISMISSED WITH PREJUDICE, and all

costs are taxed against the plaintiff, for which let execution issue.

SIGNED this the _3ʳᵈ_th day of October 2017.

_Sam Sparks_
SAM SPARKS
UNITED STATES DISTRICT JUDGE

