IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2017 OCT -4  AM 9: 08

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

CHARLENE ANDREA TISDALE,
         Plaintiff,

-vs-                                               Case No. A-17-CA-810-SS

KAUFMAN AND BROAD MORTGAGE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; JPMORGAN CHASE BANK; WELLS FARGO BANK, N.A.; and HUSSAM AL LEHEIBAT,
         Defendants.

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day the Court entered its order granting Defendants Wells Fargo Bank, N.A. and Mortgage Electronic Registration Services's motion to dismiss, and thereafter enters the following:

      IT IS ORDERED, ADJUDGED, and DECREED that Plaintiff Charlene Andrea Tisdale's claims in the above-styled cause are DISMISSED WITH PREJUDICE, and all costs are taxed against the plaintiff, for which let execution issue.

SIGNED this the 3rd day of October 2017.

*Sam Sparks*
SAM SPARKS
UNITED STATES DISTRICT JUDGE

