IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHARLENE ANDREA TISDALE, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| KAUFMAN AND BROAD MORTGAGE | § | CIVIL ACTION NO. 1:17-cv-00810-SS |
| COMPANY, MORTGAGE | § | |
| ELECTRONIC REGISTRATION | § | |
| SYSTEMS, INC., JPMORGAN CHASE | § | |
| BANK, WELLS FARGO BANK, N.A., | § | |
| HUSSAM AL LEHEIBAT, | § | |
| *Defendants*. | § | |

## **ORDER DENYING PLAINTIFF'S MOTION FOR NEW TRIAL**

Having considered the Motion for New Trial filed by Plaintiff Charlene Andrea Tisdale (Plaintiff), the Response to Plaintiff's Motion for New Trial filed by Defendants Wells Fargo Bank, N.A. ("Wells Fargo") and Mortgage Electronic Registration Systems, Inc. ("MERS") (Wells Fargo and MERS collectively "Defendants"), the papers and pleadings on file with the Court in this matter, and any arguments of counsel, the Court rules as follows:

The Court is of the opinion that Plaintiff's Motion for New Trial should be DENIED.

SIGNED ON this _____ day of _____ 2017.

_____
THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE